Cristyn E. Weil, Bar No. 017960
P.O. Box 6169
Yuma, AZ 85366
Telephone: 928-341-0983

*Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 proceedings |
|---|---|
| DONALD J. MOORHEAD and DORA M. MOORHEAD, | Case No.: 01-01452YUM-EWH |
| Debtor(s). | APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |

CRISTYN E. WEIL, Trustee, reports that the following dividend check has been issued and not presented for payment. The check has not been returned to the Trustee.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME | AMOUNT |
|---|---|---|---|
| 116 | 11/05/2009 | Retailers National Bank Target 695 Rancocas Rd., Ste 101 Westhampton, NJ 08060 | $81.94 |

The Trustee requests that an order be entered pursuant to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $18.94 to the Clerk of the Bankruptcy Court to be deposited in the Registry thereof.

DATE: __7/30/10__.

*/s/ Cristyn E. Weil*
Cristyn E. Weil, Chapter 7 Trustee